UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH PRINZO, on behalf of herself and all other employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANNAFORD BROS. CO., LLC,<br><br>Defendant. | CIVIL ACTION NO. 1:21-cv-11901-WGY<br>CIVIL ACTION NO. 1:22-cv-10672-WGY |

**NOTICE OF SETTLEMENT AND**
**MOTION TO STAY ALL DEADLINES**

Pursuant to Local Rule 16.1, the Parties submit this Notice of Settlement and Motion to Stay All Deadlines.

1. On July 10, 2023, the parties participated in an in-person, full-day mediation before Mark Irvings, Esq., a prominent mediator with extensive experience in wage and hour matters, including misclassification claims under both the Fair Labor Standards Act ("FLSA") and the Massachusetts Wage Act ("MWA").

2. With the assistance of Mr. Irvings, the parties were able to reach a settlement in principle as to both of Plaintiff's lawsuits currently pending before the Court: (a) Plaintiff's Rule 23 class action under the MWA (Civil Action No. 1:21-cv-11901-WGY); and (b) Plaintiff's FLSA action (Civil Action No. 1:22-cv-10672-WGY).

3. Court approval of the settlement is required pursuant to Fed. R. Civ. P. 23 and the FLSA, and the parties are in the process of preparing the settlement paperwork, including the settlement agreement and the motion for preliminary approval of the settlement agreement. The

parties anticipate that they will be in a position to file the motion for approval and related settlement documents by August 28, 2023 (45 days from the date of this filing).

4. Therefore, the parties jointly request that all pending deadlines in both cases be stayed to provide the parties time to prepare and submit the motion for approval and related settlement paperwork, and that the Court take no action in either matter given that the parties have settled both cases with the assistance of Mr. Irvings based on the present status and posture of both cases.

***

Respectfully submitted,

| **PLAINTIFF JUDITH PRINZO,** | **DEFENDANT HANNAFORD BROS. CO., LLC,** |
|---|---|
| By her attorneys, | By its attorneys, |
| */s/Stephen S. Churchill* | */s/ Christopher M. Pardo* |
| Stephen S. Churchill (BBO# 564158)  steve@fairworklaw.com  FAIR WORK, P.C.  192 South St, Ste 450  Boston, MA 02111  Tel: (617) 607-3262 | Christopher M. Pardo (BBO# 674674)  cpardo@HuntonAK.com  Elizabeth L. Sherwood (BBO# 687866)  esherwood@HuntonAK.com  HUNTON ANDREWS KURTH LLP  60 State Street, Suite 2400  Boston, MA 02109  Tel: (617) 648-2800  Fax: (617) 433-5022 |
| - and - | - and - |
| Benjamin Knox Steffans (BBO# 568535)  bsteffans@steffanslegal.com  STEFFANS LEGAL PLLC  7 North Street, Suite 307  Pittsfield, MA 01201  Tel: (413) 418-4176 | Ryan A. Glasgow (admitted *pro hac vice*)  rglasgow@HuntonAK.com  HUNTON ANDREWS KURTH LLP  Riverfront Plaza, East Tower  951 East Byrd Street  Richmond, VA 23219  Tel: (804) 788-8791  Fax: (804) 343-4897 |

Dated: July 14, 2023

## RULE 7.1 CERTIFICATE OF CONFERENCE

I, Christopher M. Pardo, hereby certify that the parties conferred prior to filing this motion, and as evidenced by the joint nature of this filing, the parties agree to the requested relief.

*/s/ Christopher M. Pardo*
Christopher M. Pardo

## CERTIFICATE OF SERVICE

I, Christopher M. Pardo, hereby certify that I served the foregoing on all counsel of record, through the Court's CM/ECF e-filing system on July 14, 2023.

*/s/ Christopher M. Pardo*
Christopher M. Pardo